USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re *Ex Parte* Application of SHAREEFAH KHALED ALGHANIM for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

Case No. 17 Misc. 406

[~~PROPOSED~~] ORDER

The Court, having reviewed the Application for an Order under 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings, the memorandum of law in support thereof, the petition, the declaration of Petitioner Shareefah Khaled Alghanim and the exhibits thereto, and the declaration of O. Andrew F. Wilson and the exhibits thereto, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoenas annexed as Exhibit B to the declaration of O. Andrew F. Wilson.

SO ORDERED.

Dated: __11-16__, 2017

_____
United States District Judge