| | EMERY CELLI BRINCKERHOFF & ABADY LLP | |
|---|---|---|
| RICHARD D. EMERY | | CHARLES J. OGLETREE, JR. |
| ANDREW G. CELLI, JR. | | DIANE L. HOUK |
| MATTHEW D. BRINCKERHOFF | ATTORNEYS AT LAW | JESSICA CLARKE |
| JONATHAN S. ABADY | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | |
| EARL S. WARD | 10TH FLOOR | ALISON FRICK |
| ILANN M. MAAZEL | NEW YORK, NEW YORK 10020 | DAVID LEBOWITZ |
| HAL R. LIEBERMAN | | DOUGLAS E. LIEB |
| DANIEL J. KORNSTEIN | TEL: (212) 763-5000 | ALANNA KAUFMAN |
| O. ANDREW F. WILSON | FAX: (212) 763-5001 | EMMA L. FREEMAN |
| ELIZABETH S. SAYLOR | www.ecbalaw.com | DAVID BERMAN |
| KATHERINE ROSENFELD | | ASHOK CHANDRAN |
| DEBRA L. GREENBERGER | | |
| ZOE SALZMAN | | DANIEL TREIMAN |
| SAM SHAPIRO | | |

March 8, 2018

*Via ECF*

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *In re Ex Parte Application of Shareefah Khaled Alghanim*, 17 MC 00406

Your Honor:

      This firm represents Petitioner Shareefah Khaled Alghanim in the above-captioned matter. Upon reading today's letter from Akin Gump Strauss Hauer & Feld LLP, we realized that the declaration of Paul Griffiths in support of Ms. Alghanim's motion to compel was inadvertently omitted from our papers. We have since filed a copy of this declaration and sent a copy to Akin Gump. In light of this omission, we consent to an additional three weeks from today—to March 29, 2018—for Akin Gump to respond to Ms. Alghanim's motion. Akin Gump consents to our requests for an additional week for a reply and oral argument.

                                        Respectfully submitted,

                                                    /s

                                        O. Andrew F. Wilson

cc.      Frank H. Wohl (*by ECF and email*)